# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:02cr102/RV

THERESA BULLARD

**REFERRAL AND ORDER**

Referred to Judge Vinson on  01/17/2006

Type of Motion/Pleading MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE

Filed by: Defendant    on 1/3/06    Doc. No. 53

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

Government    on 1/11/06    Doc. No. 54

_____    on _____    Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ V. Harmon
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 17th day of January, 2006, that:

(a)  The requested relief is DENIED.

(b)  _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.