# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:02cr102/RV

THERESA BULLARD

**REFERRAL AND ORDER**

Referred to Judge Vinson on  04/07/2006

Type of Motion/Pleading MOTION UNDER RULE 52 F.R.CIV.P.

Filed by: Defendant          on 3/21/06      Doc. No. 56

(  ) Stipulated/Consented/Joint Pleading

RESPONSES:

Government                   on 4/3/06       Doc. No. 57

_____      on _____  Doc. No. _____

                              WILLIAM M. McCOOL, CLERK OF COURT

                              Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   7th   of  April  , 2006, that:

    The requested relief is DENIED, for all of the reasons set out in the Government's response.

                              /s/ *Roger Vinson*
                              ROGER VINSON
                              SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

                              Document No.