# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.   3:02cr102/RV

THERESA F. BULLARD

**REFERRAL AND ORDER**

Referred to Judge Vinson on   04/13/2006

Type of Motion/Pleading   MOTION TO DISMISS FOR LACK OF TERRITORIAL JURISDICTION

Filed by: Defendant Bullard   on 4/10/06   Doc. No. 59

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

Government   on 4/13/06   Doc. No. 60

                                                on   Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 13th day of April, 2006, that:

(a)   The requested relief is DENIED.

(b)   _____

                                      */s/ Roger Vinson*
                                      ROGER VINSON
                                      SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.