## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO. 3:02cr102/RV

THERESA F BULLARD

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on May 11, 2006

Motion/Pleadings: MOTION under Rule 52(a)(c) 60(b) Findings of Facts and Conclusions of Law

Filed by Defendant on 4/26/2006 Doc.# 62

RESPONSES:

United States on 5/11/2006 Doc.# 63

_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 5th *day of* June *, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) This Court has proper jurisdiction over the defendant and the subject offense.*

/s/ Roger Vinson

**ROGER VINSON**
**Senior United States District Judge**