**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      **v.**                           **Case No. 3:02cr102/RV**

**THERESA F. BULLARD**
_____/

## ORDER

The Eleventh Circuit has remanded the defendant's appeal for a determination of whether defendant Bullard's untimely notice of appeal resulted from good cause or excusable neglect.

Therefore, defendant Bullard is directed to file an affidavit and any evidence regarding when she mailed or otherwise filed her notice of appeal, and an explanation of what she did and why it was untimely. The government may also file an affidavit or evidence on the issue. Both sides will have 30 days from the date of this order to make their filings.

DONE AND ORDERED this 26th day of July, 2006.

                          /s/ *Roger Vinson*
                          **ROGER VINSON
                          Senior United States District Judge**