**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

     **v.**       **Case No. 3:02cr102/RV**

**THERESA F. BULLARD**

_____/

## ORDER

   Upon consideration of the defendant's memorandum and affidavit filed herein (doc. 74), I find there was excusable neglect, and I extend the time for filing by 30 days in accordance with Rule 4(b) and 4(c), Federal Rules of Appellate Procedure.

   DONE AND ORDERED this 18th day of August, 2006.


        _Roger Vinson_         
        **ROGER VINSON**
        **Senior United States District Judge**